UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN HEMPHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 1:07cv0019 TCM |
| ) | |
| LAURA THIELMEIER ROY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This pro se 42 U.S.C. § 1983 action is before the Court on its own motion.

The complaint was filed in February 2007 and was assigned to the undersigned by automated random selection pursuant to Local Rule 2.08 of the Eastern District of Missouri. By Order of August 27, 2007, Plaintiff was granted leave to proceed in forma pauperis.

Local Rule 2.08(A) mandates that each party execute and file within 20 days of his or her appearance "either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge." Plaintiff has failed to comply with this Rule and shall be ordered to file his consent/opt-out form **on or before October 31, 2007**. **Failure to comply with this Order will result in the case being reassigned to a United States District Judge.**

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of October, 2007.