# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

JOHN HEMPHILL, )
)
Plaintiff, )
)
v. ) No. 1:07-CV-19 CAS
)
LAURA THIELMEIER ROY, )
)
Defendant. )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this  4th  day of January, 2008.